Honorable Karen L. Strombom

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L. PATE,

    Plaintiff,

    vs.

KITSAP COUNTY, a political subdivision of the State of Washington; TERRY K. COUSINS, individually and in her official capacity as a Kitsap County Corrections Officer; and STATE OF WASHINGTON,

    Defendants.

No. C07-5331KLS

STIPULATION AND AGREED ORDER CONTINUING INITIAL SCHEDULING DATES

NOTED FOR: 10/2/07

COME NOW the parties hereto, plaintiff by and through his attorney Brett A. Purtzer of the Law Offices of Monte E. Hester, Inc., P.S.; defendants Kitsap County and Terry K. Cousins by and through their attorney Ione S. George of the Kitsap County Prosecutor's Office; defendant State of Washington, by and through its attorney Glen A. Anderson, Assistant Attorney General; and stipulate to the continuance of the initial scheduling dates pending the outcome of the summary

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 1

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

judgment motion filed herein. The initial scheduling dates
shall be continued as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | Two weeks after date of order on summary judgment motion |
| Initial disclosures | Three weeks after date of order on summary judgment motion |
| Joint status report and discovery plan | Four weeks after date of order on summary judgment motion |

DATED this _____ day of October, 2007.

LAW OFFICES OF MONTE E. HESTER, INC. P.S.
Attorneys for Plaintiff

By: _____
Brett A. Purtzer
WSBA #17283

DATED this _____ day of October, 2007.

KITSAP COUNTY PROSECUTING ATTORNEY
Attorneys for Defendants Kitsap County and Cousins

By: /s/_____
Ione S. George
WSBA #18236

DATED this _____ day of October, 2007.

ATTORNEY GENERAL OF WASHINGTON
Attorneys for Defendant State

By: /s/_____
Glen A. Anderson
WSBA #17490

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 2

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1 ORDER

2 THIS MATTER having come before the Court upon stipulation
3 of the parties, by and through their respective counsel; the
4 court having reviewed the records and files herein and being
5 fully advised in the premises, now, therefore, it is hereby
6 ORDERED, ADJUDGED AND DECREED that the initial scheduling
7 dates in this matter shall be continued and a new scheduling
8 order, with specific dates, will be issued by the court at the
9 time the order on the pending summary judgment is entered.
10 DONE this 9th day of October, 2007.

11 s/Karen_L._Strombom
U.S. Magistrate Judge
12

13

14
Presented by:
15

16 By: _____
   Brett A. Purtzer
17 WSB #17283
   Attorney for Plaintiff
18

19 Approved as to form and content,
notice of presentment waived:
20

KITSAP COUNTY PROSECUTING ATTORNEY
21 Attorneys for Defendants Kitsap
   County and Cousins
22

23
By:  /s/ _____
24

25

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 3

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

```
 1      Ione S. George
        WSBA #18236
 2
 3  ATTORNEY GENERAL OF WASHINGTON
    Attorneys for Defendant State
 4

 5  By:  /s/
         Glen A. Anderson
 6       WSBA #17490

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 4

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brett A. Purtzer | brett@montehester.com |
| | leeann@montehester.com |
| | kathy@montehester.com |
| | |
| Martin F. Muench | mmuench@co.kitsap.wa.us |
| | tosbourn@co.kitsap.wa.us |
| | cbruce@co.kitsp.wa.us |
| | dameyer@co.kitsap.wa.us |
| | |
| Ione S. George | igoergoe@co.kitsap.wa.us |
| | tosbourn@co.kitsap.wa.us |
| | cbruce@co.kitsp.wa.us |
| | dameyer@co.kitsap.wa.us |
| | |
| Glen A. Anderson | glena@atg.wa.gov |
| | deniseh1@atg.wa.gov |
| | tortacef@atg.wa.gov |

By: _____
Kathy Herbstler

LAW OFFICES OF MONTE E. HESTER, INC. P.S.
1008 South Yakima, #302
Tacoma, WA 98405
253-272-2157

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 5

LAW OFFICES OF
**MONTE E. HESTER, INC., P.S.**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1                      253-572-1441 fax
2                      brett@montehester.com

STIPULATION AND AGREED
ORDER CONTINUING INITIAL
SCHEDULING DATES - 6