Hon. Karen L. Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD L. PATE,<br><br>Plaintiff,<br><br>-vs-<br><br>KITSAP COUNTY, a political subdivision of the State of Washington; TERRY K. COUSINS, individually and in her official capacity as a Kitsap County Corrections Officer; and STATE OF WASHINGTON,<br><br>Defendants. | NO. C07-5331-KLS<br><br>ORDER GRANTING DEFENDANT KITSAP COUNTY'S MOTION FOR LEAVE TO AMEND NOTICE OF REMOVAL |

THIS MATTER came on regularly on the motion of Defendant Kitsap County for an order for Leave to Amend Defendant's Notice of Removal. The Court, having reviewed the motion and its supporting declaration and no opposition having been filed against the motion, and having concluded that good cause exists for the requested relief, the Court GRANTS Kitsap County's motion.

/ / /

/ / /

/ / /

/ / /

Order Granting Motion for Leave to Amend Notice of Removal -- 1
(C07-5331-KLS)

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

THEREFORE, IT IS HEREBY ORDERED THAT Kitsap County's Motion for Leave to Amend Notice of Removal (Dkt. #17) is hereby GRANTED and the Amended Notice of Removal, as proposed, is deemed entered and filed as of this date.

DATED this 9th day of October, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros