UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD L. PATE<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>KITSAP COUNTY, a political subdivision of the State of Washington, TERRY K. COUSINS, individually and in her official capacity as a Kitsap County Corrections Officer; and STATE OF WASHINGTON ,<br><br>　　　　　　　　　　　　Defendants. | NO. C07-5331-KLS<br><br>STIPULATED ORDER OF PRODUCTION |

COME NOW, the parties hereto, by and through their respective counsel, and stipulate to an Order of Production of inmate STAVIS DAIGNAULT, DOC# 876347 to the Kitsap County Jail on or before Wednesday, July 16, 2008, at 9:00 a.m. so that he may be available to give evidence in this cause.

DATED this 2nd day of July, 2008.

RUSSELL D. HAUGE
Kitsap County Prosecuting Attorney

/s/_____
IONE S. GEORGE, WSBA #18236
Senior Deputy Prosecuting Attorney
Attorney for Defendant Kitsap County
614 Division Street, MS-35A
Port Orchard, WA 98366
Phone: 360-337-4957; Fax:　　360-337-7083

MONTE E. HESTER, INC., P.S.

/s/_____
BRETT A. PURTZER, WSBA #17283
Attorney for Plaintiff
1008 Yakima Ave Ste 302
Tacoma, WA 98405-4850
Phone: (253) 272-2157
Fax: (253) 572-1441

STIPULATED ORDER OF PRODUCTION - (C07-5331 KLS)-- 1

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros

**ORDER**

THIS MATTER having come before this court upon the stipulation of the parties, the court having reviewed the records and files herein, and being fully advised in the premises, NOW, THEREFORE, hereby

ORDERS that the Washington State Department of Corrections (Stafford Creek) shall produce inmate Stavis Daignault, DOC# 876347 to the Kitsap County Jail on or before Wednesday, July 16, 2008, at 9:00 a.m., so that he may be available to give evidence in this cause at that time.

DATED this 2nd day of July, 2008.

                          ___s/Karen L. Strombom_____
                          HONORABLE KAREN L. STROMBOM

STIPULATED ORDER OF PRODUCTION - (C07-5331 KLS)-- 2

**RUSSELL D. HAUGE**
Kitsap County Prosecuting Attorney
614 Division Street, MS-35A
Port Orchard, WA 98366-4676
(360) 337-4992  Fax (360) 337-7083
www.kitsapgov.com/pros