# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DONALD L. PATE,

    Plaintiff,

v.

KITSAP COUNTY, a political subdivision of the State of Washington, TERRY K. COUSINS, INDIVIDUALY AND IN HER OFFICIAL CAPACITY AS A Kitsap County Corrections Officer; and STATE OF WASHINGTON,

    Defendants.

NO. C07-5331 KLS

ORDER ALLOWING DENYING MOTION FOR JURY VIEW

This matter comes before the Court on the Plaintiff's Motion for Jury to Take A View (Dkt. #52). The Defendants filed their Response (Dkt. #59 and 60).

## BACKGROUND

Mr. Pate alleges that he was injured when he fell from a top bunk bed while he was in custody at the Kitsap County Jail. He now requests an order from the Court allowing the jury to view the cell in which the plaintiff alleges he was injured as well as the crisis room in which he was placed on his return from the hospital.

The Defendants oppose the request on the grounds that Plaintiff has failed to show how photographs of the areas would not be appropriate. They also raise concerns regarding logistics to

Order Denying Motion for Jury View

Page - 1

include security concerns, staffing and inmate numbers in the jail. The Court shares the concerns and issues raised by the Defendants and the motion is therefore DENIED.

DATED this 25th day of August, 2008.

Karen L. Strombom
United States Magistrate Judge