# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONALD L. PATE,
   Plaintiff,

v.

KITSAP COUNTY, a political subdivision of the Sate of Washington, TERRY K COUSINS, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS A Kitsap County Corrections Officer; and STATE OF WASHINGTON,
   Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5331KLS

  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendant's Motion of Summary Judgment is granted. All of Plaintiff's claims are hereby dismissed.

February 2, 2009            BRUCE RIFKIN
                     Clerk

                     s/ *Traci Whiteley*
                   By Traci Whiteley, Deputy Clerk